# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**MICHAEL R. MCNEIL,**

       **Plaintiff,**

v.                                                           **Case No: 6:24-cv-618-PGB-LHP**

**600 BREVARD AVENUE, UNIT A &
B, LLC and KM MURDOCK'S
BISTRO & CHAR BAR, INC.,**

       **Defendants.**

_____

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **KM MURDOCK'S BISTRO & CHAR BAR, INC.** in Orlando, Florida on the 25th day of July, 2024.

                                                              ELIZABETH M. WARREN, CLERK

                                                              s/EJ, Deputy Clerk

Copies furnished to:

Counsel of Record