# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**MICHAEL R. MCNEIL,**

      **Plaintiff,**

v.                                           Case No: 6:24-cv-618-PGB-LHP

**600 BREVARD AVENUE, UNIT A & B, LLC and KM MURDOCK'S BISTRO & CHAR BAR, INC.,**

      **Defendants.**
_____/

## ORDER

This cause comes before the Court on Plaintiff Michael R. McNeil's ("**Plaintiff**") Stipulation of Voluntary Dismissal Without Prejudice (Doc. 23 (the "**purported Stipulation**")). Therein, Plaintiff requests dismissal of the case without prejudice. (*Id.*). Considering that the purported Stipulation is signed only by Plaintiff's counsel and that it was filed before any Defendant answered the Complaint or filed a motion for summary judgment, the Court construes the purported Stipulation as an attempted notice of voluntary dismissal. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendants 600 Brevard Avenue, Unit A & B, LLC, and KM Murdock's Bistro & Char Bar, Inc., are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on July 26, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties